# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2952
_____

MARTHA BARTLETT,

    Appellant,

    v.

KALEIDOSCOPE THEATRE, INC.,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
John L. Fishel, II, Judge.

April 2, 2019

PER CURIAM.

    AFFIRMED.

WETHERELL, RAY, and WINSOR, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____

Annabel C. Majewski of Wasson & Associates, Chartered, Miami, and the Zawahry Firm, P.A., Panama City, for Appellant.

Clifford W. Sanborn, Devin D. Collier, and Michael P. Dickey of Barron & Redding, P.A., Panama City, for Appellee.